## CARILLO v. STATE.
### No. 25535.

Court of Criminal Appeals of Texas.
Dec. 5, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

There are no bills of exception in the record.

The complaint and information appear regular on their face; and nothing being presented for review, the judgment of the trial court is affirmed.